UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAMESH BALWANI,** | |
| Petitioner, | |
| -against- | **19-mc-0507 (ALC)** |
| **ROGER PARLOFF** and **FORTUNE MEDIA (USA) CORPORATION,** | **ORDER** |
| Respondents. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2021

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are directed to submit a joint status report to the Court on or before **December 31, 2021**.

**SO ORDERED.**

Dated:   December 7, 2021
         New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**