```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAMESH BALWANI,**

                    **Petitioner,**

-against-

**ROGER PARLOFF** and **FORTUNE MEDIA (USA) CORPORATION,**

                    **Respondents.**

**19-mc-0507 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in the receipt of the parties' joint status report. Given the upcoming criminal trial against Mr. Balwani, this action is hereby **STAYED**.

    The parties are hereby **ORDERED** to submit a joint status report 21 days after the dismissal of the jury in *USA v. Holmes et al.*, 5:18-cr-258-EJD-2.

**SO ORDERED.**

Dated:    January 10, 2022
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**